No. 39768.—Protests 958824–G, etc., of Max H. Kahn et al. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Co.* v. *United States* (T. D. 49290) the protests were sustained.

No. 39769.—Protest 948710–G of Wm. Filenes Sons Co. (Boston).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of hand-made mesh gloves in chief value of cotton. The claim at 37½ percent under paragraph 919 was sustained.

No. 39770.—Protest 905201–G of Bert Levi (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel the claim for duty under paragraph 904 as amended by the Swiss Trade Agreement (T. D. 48093) was sustained.

No. 39771.—Protests 928945–G, etc., of W. R. Grace & Co. et al. (San Francisco and Ogdensburg).

Opinion by KINCHELOE, J. On the records presented the protests were overruled.

No. 39772.—Protests 959333–G, etc., of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise is aneroid barometers and parts similar to those the subject of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271). The claim at 27½ percent under paragraph 372 was therefore sustained.

No. 39773.—Protest 955382–G of Ferdinand Bing & Co.'s Successors (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, boxes, inkstands, menu holders, gueridons vases, and photo frames chiefly used on the table, in the household, or hollow ware were held dutiable at 40 percent under paragraph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.